# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE R. SANDS, JR., | Case No. CV 21-1114-JVS (JEM) |
| Petitioner, | [Case No. CR 13-00489-GW] |
| v. | |
| PATRICIA V. BRADLEY, | **J U D G M E N T** |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 6, 2021

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE